IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CLYDE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | **5:06-cv-377 (CAR)** |
| : | |
| **ALEXIS CHASE, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 37) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendants' Motion for Summary Judgment (Doc. 26) and denying Plaintiff's Cross Motion for Summary Judgment (Doc. 34). Although no Objections have been filed within the time allowed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed the relevant filings and agrees with the conclusion reached by Judge Hicks. As such, the Recommendation is **ACCEPTED**, Defendants' Motion for Summary Judgment (Doc. 26) is **GRANTED**, and Plaintiff's Cross Motion for Summary Judgment (Doc. 34) is **DENIED**.

**SO ORDERED**, this 25th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh